UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES KAGO, | CASE NO. 3:25-cv-05285 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SHARKNINJA OPERATING LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The parties are ORDERED to file a Joint Status Report and Discovery Plan on or before Tuesday, December 16, 2025.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 9th day of December 2025.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 1