UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES KAGO,

                Plaintiff,

      v.

SHARKNINJA OPERATING LLC,

                Defendant.

**Case No. 3:25-cv-05285-JHC**

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DISCOVERY**

Before the Court is Defendant's Motion to Compel Production of Discovery.  Dkt. # 18. The Court has considered the materials filed in support of and in response to the motion, the rest of the file, and the governing law.  Being fully advised, the Court ORDERS that:

1.  The outstanding requests in the motion are GRANTED:

2.  Plaintiff shall produce the subject pressure cooker for inspection on one of the dates (May 13–15, 18-22, or 25–29) that have already been provided to Plaintiff's counsel;

ORDER GRANTING DEFENDANT'S MOTION TO COMPEL
PRODUCTION OF DISCOVERY – Page  1
[Case No.: 3:25-cv-05285-JHC]

3. Plaintiff's objections to RFP Nos. 17, 18, 21, and 22 and Interrogatory Nos. 10 and 20 have been waived and substantive supplemental responses are due within 14 days of this order;

4. Defendant's request for reasonable expenses is DENIED, but Plaintiff is warned that similar conduct in the future will likely lead to an award of such expenses;

5. Plaintiff's cross-request for fees is DENIED; and

6. Defendant's request that the Court strike "Plaintiff's Notice of Subsequent Events Regarding Defendant's Motion to Compel" is DENIED.  While the filing is procedurally improper, the Court did review it in deciding to rule against Plaintiff on the motion.  However, the Court warns Plaintiff's counsel to comply with the Federal Rules of Civil Procedure and the Local Civil Rules in future filings or sanctions may be imposed.

DATED this 4th day of May, 2026.

_John H. Chun_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO COMPEL
PRODUCTION OF DISCOVERY – Page  2
[Case No.: 3:25-cv-05285-JHC]