UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES KAGO<br>Plaintiff,<br>vs.<br>SHARKNINJA OPERATING LLC,<br>Defendant. | CASE NO. 3:25-cv-05285-JHC<br>ORDER OF DISMISSAL WITH PREJUDICE |

THIS MATTER came before the Court on the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff James Kago and Defendant SharkNinja Operating LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court, having reviewed the Stipulation and the remaining files and records herein, and being fully advised, hereby ORDERS as follows:

1. This action, and all claims that were or could have been asserted herein by Plaintiff James Kago against Defendant SharkNinja Operating LLC, are DISMISSED WITH PREJUDICE.

2. Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action.

3. The Clerk is directed to close this case.

DATED this 8th day of September, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES KAGO<br><br>Plaintiff,<br><br>vs.<br><br>SHARKNINJA OPERATING LLC,<br><br>Defendant. | CASE NO. 3:25-cv-05285-JHC<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

Plaintiff James Kago and Defendant SharkNinja Operating LLC, by and through their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate and agree as follows:

1. The parties have reached a full and final settlement of all claims that were or could have been asserted between them in this action. The settlement has been executed and funded, and no obligations remain outstanding between the parties that require the continued jurisdiction of this Court.

2. This action, and all claims that were or could have been asserted herein by Plaintiff James Kago against Defendant SharkNinja Operating LLC, are hereby DISMISSED WITH PREJUDICE.

3. Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action.

4. This Stipulation is self-executing upon filing pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). No further order of the Court is required to effectuate the dismissal, although a proposed order is submitted herewith for the Court's convenience.

DATED this 8th day of September 2026.

**SHIBESHI LAW FIRM, PLLC**

By: /s/ Fekadu Shibeshi
Fekadu Shibeshi, WSBA #49612
Shibeshi Law Firm, PLLC
100 West Harrison Street
South Tower, Suite 300
Seattle, WA 98119
Telephone: (206) 374-2210
Email: fekadu@faslawfirm.com

Attorney for Plaintiff
James Kago

**SHOOK, HARDY & BACON L.L.P.**

By: /s/Steven Rich
Steven Rich, WSBA #48444
Michael T. Hayes (Pro Hac Vice)
Elizabeth C. Dunn (Pro Hac Vice)
Shook, Hardy & Bacon L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Telephone: (206) 344-7600
Email: srich@shb.com

Attorneys for Defendant
SharkNinja Operating LLC